UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK STENTZ,<br><br>                          Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY AND DOES 1-25<br><br>                          Defendants. | Case No.:   22CV1216-MMA(BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE SETTING CASE MANAGEMENT CONFERENCE** |

On October 6, 2022, the Court held a videoconference Early Neutral Evaluation Conference.  ECF No. 9.  While the case did not settle, the parties did make progress towards settlement and requested additional time to continue settlement efforts.  Based on the Court's discussions with the attorneys of record for the parties and good cause appearing, the Court did not open discovery and instead ordered the parties to file a Notice of Settlement or Notice of Non-Settlement by close of business on October 11, 2022.

On October 11, 2022, the parties filed a Joint Notice of Settlement Status and sought to continue the October 11, 2022 deadline to October 17, 2022.  ECF No. 6.  On October 12, 2022, the Court issued an Order granting the parties' request and ordered that "[t]he parties must file a final Notice of Settlement or Notice of Non-Settlement by October 17, 2022."  ECF No. 7.

On October 17, 2022, the parties filed a Notice of Non-Settlement stating that they were unable to settle the case.  ECF No. 8.

In light of the parties' inability to settle the case, the Court sets a <u>videoconference</u>, <u>attorneys-only</u> Case Management Conference ("CMC") pursuant to Rule 16.1(d) of the Local Rules for **October 27, 2022**, at **1:30 p.m.**

To facilitate the CMC, the Court hereby **ORDERS** as follows:

1. The Court will use its official Zoom video conferencing account to hold the CMC.  **IF YOU ARE UNFAMILIAR WITH ZOOM**:  Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the CMC.[2]   There is a cost-free option for creating a Zoom account.

2. Prior to the start of the CMC, the Court will e-mail each CMC participant an invitation to join a Zoom video conference.  Again, if possible, <u>participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance</u>.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device will be prompted to download and install Zoom before proceeding when they click on the ZoomGov Meeting hyperlink**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the CMC begins.

---

[1] Participants should use a device with a camera to fully participate in the video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices may offer inferior performance.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

3.  Each participant should plan to <u>join the Zoom video conference at least five minutes before the start of the</u> CMC to ensure that the CMC begins promptly at **1:30 p.m**.  **The Zoom e-mail invitation may indicate an earlier start time, but the CMC will begin at the Court-scheduled time**.

4.  No later than **October 24, 2022**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

   a.  The **name and title of each participant**;

   b.  An **e-mail address for each participant** to receive the Zoom video conference invitation; and

   c.  A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

5.  All participants shall display the same level of professionalism during the CMC and be prepared to devote their full attention to the CMC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, <u>each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference</u>.

6.  Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated:  10/18/2022

Hon. Barbara L. Major
United States Magistrate Judge